```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI L (WVSBN 0722)
 3  Chief, Criminal Division

 4  MERRY JEAN CHAN (CSBN 229254)
    Assistant United States Attorney
 5
```

FILED

JUN 2 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. CR 05-00348 SBA |
| Plaintiff, ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. ) | |
| ELVIN SCOTT STEVENSON, ) a/k/a Scott Stevensen, ) | |
| Defendant. ) | |

TO: The Honorable MARIA ELENA JAMES, Magistrate Judge of the United States District Court of Northern California.

Assistant United States Attorney MERRY JEAN CHAN respectfully petitions this Court to issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner ELVIN SCOTT STEVENSON, a/k/a Scott Stevensen, whose place of custody and jailor are set forth in the Writ following. Your petitioner avers that the prisoner is required as the defendant in the above-entitled matter in this Court, and therefore petitioner prays that this Court issue the Writ as presented.

DATED: June 21, 2005

SO ORDERED: 6-21-05

MERRY JEAN CHAN
Assistant United States Attorney

MARIA ELENA JAMES
United States Magistrate Judge

PETITION FOR & WRIT OF HABEAS CORPUS
[CR 05-00348 SBA

1   **THE PRESIDENT OF THE UNITED STATES OF AMERICA**

2   TO:   **FEDERICO ROCHA**, Acting United States Marshal, Northern District of
3   California and/or any of his authorized deputies, Jailor, Warden, Sheriff, Santa Rita Jail

4   **GREETINGS**

5   WE COMMAND that on June 23, 2005, you have and produce the body of **ELVIN**
6   **STEVENSON** who is in your custody in the hereinabove-mentioned institution before the
7   United States District Court in and for the Northern District of California, at 10:00 a.m., in the
8   courtroom of Honorable Magistrate Judge WAYNE D. BRAZIL, Courthouse, 1301 Clay Street,
9   Courtroom No. 4, Oakland, California in order that **ELVIN STEVENSON** may then and there
10  appear for arraignment on the Indictment upon the charges that have been filed against him in
11  the above-captioned case, and that immediately after said hearing to return him forthwith to the
12  above-mentioned institution, or to abide by such order of the Court as shall thereafter be made
13  concerning the custody of said prisoner, and further to produce said prisoner at all times
14  necessary until the termination of proceedings in this Court;

15  **IT IS FURTHER ORDERED** that should the local or state custodian release from its
16  custody the above-named person, he be immediately delivered and remanded to the United
17  States marshal and/or his authorized deputies under this Writ.

18  WITNESS, the Honorable WAYNE D. BRAZIL, Magistrate Judge of the United States
19  District Court for the Northern District of California.

20  DATED: 6-21-05

21
22  CLERK, UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA
23
24  By 
    DEPUTY CLERK
25
26
27
28