KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI I. CHOI (WVSBN 0722)
Chief, Criminal Division

MERRY JEAN CHAN (CSBN 229254)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA, 94612
    Telephone: (510) 637-3703
    Facsimile: (510) 637-3724
    Email: merry.chan@usdoj.gov

Attorneys for Plaintiff

FILED
2005 JUN 27 AM 10: 46
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELVIN SCOTT STEVENSON,<br>   a/k/a Scott Stevensen,<br><br>    Defendant. | No. CR 05-00348 SBA<br><br>**PETITION FOR AND WRIT OF<br>HABEAS CORPUS<br>AD PROSEQUENDUM** |

TO:    The Honorable MARIA ELENA JAMES, Magistrate Judge of the
           United States District Court of Northern California.

    Assistant United States Attorney MERRY JEAN CHAN respectfully petitions this Court to issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner ELVIN SCOTT STEVENSON, a/k/a Scott Stevensen, whose place of custody and jailor are set forth in the Writ following. Your petitioner avers that the prisoner is required as the defendant in the above-

//

//

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 05-00348 SBA

1  //

2  entitled matter on June 28, 2005, at 9:00 a.m. before the Honorable Saundra Brown Armstrong,

3  District Judge for the Northern District of California, and therefore petitioner prays that this

4  Court issue the Writ as presented.

6  DATED: June 23, 2005

MERRY JEAN CHAN
Assistant United States Attorney

9  SO ORDERED:

10 DATED: 6-23-05

MARIA ELENA JAMES
United States Magistrate Judge

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 05-00348 SBA

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: **FEDERICO ROCHA**, Acting United States Marshal, Northern District of California and/or any of his authorized deputies, Jailor, Warden, Sheriff, Santa Rita Jail

## GREETINGS

WE COMMAND that on June 28, 2005, you have and produce the body of **ELVIN STEVENSON** who is in your custody in the hereinabove-mentioned institution before the United States District Court in and for the Northern District of California, at 9:00 a.m., in the courtroom of Honorable Magistrate Judge SAUNDRA BROWN ARMSTRONG, Courthouse, 1301 Clay Street, Courtroom No. 3, Oakland, California in order that **ELVIN STEVENSON** may then and there appear for initial appearance before the District Court on the Indictment upon the charges that have been filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution;

**IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States marshal and/or his authorized deputies under this Writ.

WITNESS, the Honorable MARIA-ELENA JAMES, Magistrate Judge of the United States District Court for the Northern District of California.

DATED:

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____ BRENDA TOLBERT
DEPUTY CLERK

## United States Marshals Service Writ Information Sheet

This form should be completed by the Assistant United States Attorney assigned to the case, his/her designee, or the case agent. Refer any questions to the Criminal Section at 415/436-7659.

| Prisoner Name: (last, first, middle) **STEVENSON, ELVIN SCOTT** | Booking, CDC, or USMS # |
|---|---|

| Prisoner Aliases: | DOB: 10/9/67 | Birthplace: |
|---|---|---|

| Sex: Male | Race: Black | Hair: Black | Height: 5'7" | Weight: 205 | SSN: |
|---|---|---|---|---|---|

| Violation Code: (Title & Section) 18 U.S.C. Section 922(g) | Warrant or Complaint Case #: CR 05-00348 SBA |
|---|---|

**Offense: (State Specifically)**

Possession of Firearm & Ammunition by a Felon

| Facility Name & Location: Santa Rita Jail, 5325 Broder Blvd., Dublin, CA 94568 | Facility Contact Person & Phone # (925) 551-6500 |
|---|---|
| AUSA & Phone #: Merry Jean Chan (510) 637-3703 | Case Agent & Phone #: ATF Special Agent Vakiya Few (415) 725-9648 |

|  | YES | NO |
|---|---|---|
| Prior felony conviction for _____ | ☐ | ☐ |
| Prior prison history    ☐ State  ☐ Federal | ☐ | ☐ |
| Conviction of felony against person crime | ☐ | ☐ |
| History of disciplinary problems | ☐ | ☐ |
| Homosexual | ☐ | ☐ |
| Gang Affiliations - name of gang if known _____ | ☐ | ☐ |
| Escape Risk | ☐ | ☐ |
| Considered threat to staff or other inmates | ☐ | ☐ |
| State or Local charges pending - Where _____ | ☐ | ☐ |
| Receiving Medical Care or Medication | ☐ | ☐ |

If YES, type of medical care or medication

_____

Special Instructions:

_____

Comments: