KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Acting Chief, Criminal Division

MERRY JEAN CHAN (CSBN 229254)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA, 94612
    Telephone: (510) 637-3703
    Facsimile: (510) 637-3724
    Email: merry.chan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELVIN SCOTT STEVENSON, JR., ) <br> a/k/a Scott Stevenson, ) <br> ) <br> Defendant. ) | No. CR 05-00348 SBA <br><br> STIPULATION AND [PROPOSED] ORDER FOR EXCLUSION OF TIME FROM SEPTEMBER 6, 2005 THROUGH NOVEMBER 15, 2005 UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161(h)(1)(F)&(h)(1)(i)) |

## STIPULATION

1. On September 6, 2005, this Court ordered the parties to appear for the defendant's change of plea, and judgment and sentencing before this Court on November 15, 2005, at 3:00 p.m.

2. On September 6, 2005, the parties tendered a proposed plea agreement to be entered into by the defendant and the attorney for the government, for this Court's consideration.

//

//

//

3. The parties agree that the period of time from September 6, 2005 through November 15, 2005 is a period of delay that shall be excluded in computing the time within which a trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(I).

IT IS SO STIPULATED.

DATED: 9/6/05

MERRY JEAN CHAN
Assistant United States Attorney

DATED: 9/6/05

JEROME MATTHEWS
Assistant Federal Public Defender
Attorney for Elvin Stevenson

### [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS: that on September 6, 2005, the parties tendered a proposed plea agreement to be entered into by the defendant and the attorney for the government, for this Court's consideration. The parties are scheduled to appear for the defendant's change of plea, and judgment and sentencing before this Court on November 15, 2005, at 3:00 p.m.

Based on these findings, IT IS HEREBY ORDERED THAT the period of time from September 6, 2005 through November 15, 2005 is excluded as a period of delay that shall be excluded in computing the time within which a trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(I).

IT IS SO ORDERED.

DATED: 9-12-05

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge



IT IS SO ORDERED
Judge Saundra B. Armstrong

STIPULATION EXCLUDING TIME
CR 05-00348 SBA

2

09/06/2005 TUE 14:07 [TX/RX NO 6545]