1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant ELVIN STEVENSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05 00348 SBA |
| Plaintiff, | STIPULATION AND ORDER CONTINUING DATE FOR CHANGE OF PLEA AND SENTENCING |
| vs. | |
| ELVIN STEVENSON, | |
| Defendant. | |

    This matter presently is set for change of plea and sentencing on November 15, 2005. The parties have submitted a proposed plea agreement under Fed. R. Crim. P. 11(c)(1)(C) for the Court's consideration. The pre-sentence report has not yet been filed with the Court. In order to provide enough time for the parties to consider the final pre-sentence report, to prepare sentencing memoranda advising the Court of their respective positions, to permit the Court time to consider the parties' proposed plea agreement, and in the interests of justice, IT IS STIPULATED AND AGREED that the hearing on Mr. Stevenson's change of plea and sentencing be continued until December 13, 2005 at 10:00 a.m. It is further STIPULATED AND AGREED that time under the Speedy Trial Act be excluded on the grounds that the Court has under consideration a proposed plea agreement, as provided in 18 U.S.C. § 3161(h)(1)(I).

STIP/ORD                                1

October 25, 2005

/S/
_____
MERRY JEAN CHAN
Assistant United States Attorney

October 25, 2005

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

      Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that there is good cause for continuance of the scheduled hearing for defendant's change of plea and sentencing from November 15, 2005 to December 13, 2005, and that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(I), on the grounds that the Court presently is considering the parties' proposed plea agreement.

      Based on these findings, IT IS HEREBY ORDERED that the hearing be continued from November 15, 2005 to December 13, 2005 at 10:00 a.m.

      IT IS SO ORDERED.

Dated: October 25, 2005

*Saundra B Armstrong*
_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP/ORD                      2