KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

MERRY JEAN CHAN (CSBN 229254)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA, 94612
    Telephone: (510) 637-3703
    Facsimile: (510) 637-3724
    Email: merry.chan@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00348 SBA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **PETITION FOR AND WRIT OF** |
| v. | ) | **HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |
| ELVIN SCOTT STEVENSON, | ) | |
| a/k/a Scott Stevensen, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

TO:     The Honorable SAUNDRA BROWN ARMSTRONG, District Judge
             of the United States District Court of Northern California.

     Assistant United States Attorney MERRY JEAN CHAN respectfully petitions this Court to

issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner ELVIN SCOTT

STEVENSON, a/k/a Scott Stevensen, whose place of custody and jailor are set forth in the Writ

following.  Your petitioner avers that the prisoner is required as the defendant in the above-

//

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 05-00348 SBA

1   //

2

3   entitled matter on December 13, 2005, at 10:00 a.m. before the Honorable Saundra Brown

4   Armstrong, District Judge for the Northern District of California, and therefore petitioner prays that this

5   Court issue the Writ as presented.

6

7   DATED: December 12, 2005                    /s/

8                                              MERRY JEAN CHAN
                                               Assistant United States Attorney

9

10  SO ORDERED:

11
    DATED:      12/12/05
12                                             HON. SAUNDRA BROWN ARMSTRONG
                                               United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 05-00348 SBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Petition for and Writ of Habeas Corpus Ad Prosequendum
CR 05-00348 SBA

## THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   **FEDERICO ROCHA**, Acting United States Marshal, Northern District of California
and/or any of his authorized deputies, Jailor, Warden, Sheriff, Santa Rita Jail

## GREETINGS

**WE COMMAND** that on December 13, 2005, you have and produce the body of  **ELVIN STEVENSON** who is in your custody in the hereinabove-mentioned institution before the United States District Court in and for the Northern District of California, at 10:00 a.m., in the courtroom of Honorable Judge SAUNDRA BROWN ARMSTRONG, Courthouse, 1301 Clay Street, Courtroom No. 3, Oakland, California in order that **ELVIN STEVENSON** may then and there appear to enter a plea and for judgment and sentencing before the District Court on the Indictment upon the charges that have been filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution;

**IT IS FURTHER ORDERED** that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States marshal and/or his authorized deputies under this Writ.

**WITNESS**, the Honorable SAUNDRA BROWN ARMSTRONG, District Judge of the United States District Court for the Northern District of California.


DATED:12/12/05


CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


By: _____
DEPUTY CLERK